NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELIZABETH RUTH DABNEY,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3149

---

Petition for review of the Merit Systems Protection Board in No. AT0752120448-I-1.

---

**ON MOTION**

---

**O R D E R**

Elizabeth Ruth Dabney moves the court to compel the respondent to acknowledge "discrimination".

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred to the merits panel assigned to hear this case. A copy of this order, the motion and any

2                    DABNEY v. MSPB

responses shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21